S:21-CV-736-MHH

FILED
2021 MAY 27 PM 03:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2021 MAY 27 A 11: 03
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: 233075

(Enter above the full name of the plaintiff in this action) Ferman Williams

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Lt. Jones
Micheal Jones

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )   No (✓)

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: N/A

         Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement **Limestone Correctional Facility (Restrictive Housing)**

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( ) But they deny us the right/access

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

C. If your answer is YES:

 1. What steps did you take? N/A

 2. What was the result? _____

D. If your answer is NO, explain why not: We are always denied the proper form and access to law clerks and things of that nature! When law clerk comes around weekly, we can't even see him visually because a flap is over the window, trayhole locked, and so many locks on the celldoors "(Safety & Health Hazard)".

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Ferman Williams

Address LCF - 28779 Nick Davis Rd. Harvest, Al 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Lt. Jones (night shift)

Is employed as Lt. Supervisor

at Limestone Correctional Facility

C. Additional Defendants Officer Dustin Brewer /C/O1, Sergeant Jeremy Pelzer, Officer Kenneth Noe

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On March 21, 2021, officer Dustin Brewer sprayed me with pepper spray in the lobby of my "assigned" dorm, then himself, officer Brewer, officer Noe, and several other officers assaulted me while the shift commander Lt. Jones just stood and watched! All of this is on video tape!

4

V.  RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Come to an agreement on a financial settlement for my pain and suffering, physical abuse, etc. PUNITIVE DAMAGES 50,000. Dollars Compensatory Damages 300,000. Dollars Plaintiff's cost in this suit

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-18-21

Ferman Williams
SIGNATURE

ADDRESS Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, Al. 35749

AIS # 233075