# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| FERMAN WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 5:21-cv-736-MHH-GMB |
| MICHAEL JONES, *et al.*, | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM OPINION AND ORDER**

On July 6, 2022, the Magistrate Judge entered a report in which he recommended that the Court treat the defendants' special report as a motion for summary judgment and also that the Court grant in part and deny in part the motion. (Doc. 16). The Court advised the parties of their right to file specific written objections within 14 days; the Court has not received any objections.

After consideration of the electronic record in this case and the Magistrate Judge's report, the Court adopts the report and accepts the Magistrate Judge's recommendation. Consistent with that recommendation, the Court orders the following:

1. The Court grants the defendants' motion for summary judgment as it relates to Mr. Williams's official capacity claims against the defendants;

2. The Court grants the defendants' motion for summary judgment as it relates to Mr. Williams's claims against defendants Brewer, Noe, and Pelzer in their individual capacities for force used against Mr. Williams before he was handcuffed;

3. The Court denies the defendants' motion for summary judgment as it relates to Mr. Williams's claims against defendants Brewer, Noe, and Pelzer in their individual capacities for force they used against Mr. Williams after he was handcuffed; and

4. The Court denies the defendants' motion for summary judgment as it relates to Mr. Williams's claims against defendant Jones for failure to intervene.

The Court refers this matter to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this August 3, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE