# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **FERMAN WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO.: |
| **JONES, et al.,** | ) 5:21-cv-736-GMB |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Defendants in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff Ferman Williams, respectfully submit this Joint Stipulation of Dismissal with Prejudice, wherein the parties represent that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted this the 1st day of May 2023.

*/s/ Ferman Williams*
Ferman Williams, AIS #233075
Kilby Correctional Facility
12201 Wares Ferry Road
Montgomery, AL 36117

1

Steve Marshall
*Attorney General*

/s/ Tara S. Hetzel
Tara S. Hetzel
*Deputy Attorney General*
OFFICE OF ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300 (T)
(334) 353-8400 (F)
Tara.Hetzel@AlabamaAG.gov

**Counsel for Defendants**
**Brewer, Pelzer, Noe, and Jones**